# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO: 2:11-CR-447 WBS
)
HUBERT ROTTEVEEL

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **HUBERT ROTTEVEEL**

Detained at (custodian): **CDCR Susanville**

Detainee is:   a.)   ☒ charged in this district by:
    ☒ Indictment   ☐ Information   ☐ Complaint
    Charging Detainee With: **Violations 18 USC § 1341**

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☒ return to the custody of detaining facility upon termination of proceedings
or   b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: _____
Printed Name & Phone No: **Jean M. Hobler, 916-554-2700**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Feb 19, 2013                              /s/ Kendall J. Newman
Date                                          United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | None known | Male ☒ | Female ☐ |
| Booking or CDC #: | CDCR # AF2197 | DOB: | 01/25/1963 |
| Facility Address: | 711-045 Center Road | Race: | |
| | Susanville, CA | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | Conviction re: bank robbery | | |

-------------------------------------------------------------------------------
**RETURN OF SERVICE**

Executed on _____ by _____ _____
                                                                         (Signature)